FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

APR 1 6 2018

FOR THE DISTRICT OF NEW MEXICO

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 18-1171 MV |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 1153 and 1112: |
| | ) | Involuntary Manslaughter. |
| **JEROME DAYZIE**, | ) | |
| | ) | |
| Defendant. | ) | |

## I N F O R M A T I O N

The United States Attorney charges:

On or about December 9, 2017, in Indian Country, in San Juan County, in the District of

New Mexico, the Defendant, **JEROME DAYZIE**, an Indian, unlawfully killed John Doe, while

in the commission of an unlawful act not amounting to a felony, that is while: (1) violating New

Mexico's statute prohibiting driving under the influence of intoxicating liquor, N.M. Stat. Ann.

§ 66-8-102 (1978), by driving a vehicle and as the result of drinking liquor, being less able to the

slightest degree, mentally and physically, and both, to exercise the clear judgment and steady

hand necessary to handle a vehicle with safety to the person and the public; and (2) violating

New Mexico's statute prohibiting driving under the influence of intoxicating liquor, N.M. Stat.

Ann. § 66 8-102 (1978), by driving a vehicle with a blood alcohol concentration of eight one

hundredths and more within three hours of driving the motor vehicle, resulting from alcohol

consumed before or while driving the vehicle; and (3) violating New Mexico's statute prohibiting

reckless driving, N.M. Stat. Ann. § 66-8-113 (1978), by driving a motor vehicle without due

caution and circumspection and with a wanton and reckless disregard for human life when he

knew and should have known that his conduct imperiled the lives of others.

In violation of 18 U.S.C. §§ 1153 and 1112.

JOHN C. ANDERSON
United States Attorney

RAQUEL RUIZ VELEZ
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
(505) 346-7274