February 5, 2019


To Whom It May Concern:

It is my distinct pleasure of having Jerome Dayzie as a student and Future Graduate of Central New Mexico College.  Jerome is always willing to put forth his considerable talents towards a definitive goal with the concept of excellence in mind.  Jerome has consistently demonstrated the aptitude to gather the resources required to accurately assess the underlying prerequisites of a complex task and implement its completion in a timely manner.

He has excellent written and verbal communication skills, is extremely organized, can work independently or as part of a team and is able to follow through to ensure that the job gets done. Jerome is always willing to offer his assistance and has an excellent rapport with the many fellow students he has collaborated with during his studies at CNM. He would be an asset to any employer and I recommend him for any endeavor he chooses to pursue.  Please call you have ANY Questions.

Sincerely,

*Carlos Nevarez*

Carlos Nevarez


Cell ph. # (575) 642-3376


E-mail: cnevarez1@cnm.edu

# NICOL ELECTRIC INC.
## 1002 36th St SE
## Rio Rancho, NM 87124
## Cell: 505-315-8275  Fax: 505-994-3443
## NM Lic.# EE98-354134
## NM Lic.# EE98J-09015

**February 5, 2019**

To Whom It May Concern,

     Jerome Dayzie has been employed by Nicol Electric Inc. since November 25, 2018. He has been an exemplary employee. He has always been on time, has lead work crews and is an asset to the company. Over his time working for Nicol Electric Inc. he has met our customers and has built a good rapport with them. If Jerome could no longer work for us it would negatively impact our customer relations.

Jeff Nicol

President
Nicol Electric Inc.
505-315-8275