UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

# SENTENCING MINUTE SHEET

| CR No. | 18-1171-MV | | USA vs. | Dayzie | |
|---|---|---|---|---|---|
| Date: | February 26, 2019 | | Name of Deft: | Jerome Dayzie | |
| Before the Honorable | | Martha Vázquez | | | |

| Time In/Out: | 9:35 a.m. / 11:00 a.m. | | Total Time in Court (for JS10): | 1 hour, 25 minutes | |
|---|---|---|---|---|---|
| Clerk: | Linda Romero | | Court Reporter: | Carmela McAlister | |
| AUSA: | Novaline Wilson | | Defendant's Counsel: | John Butcher | |
| Sentencing in: | Santa Fe, New Mexico | | Interpreter: | Casey Watchman (for victim's mother) | |
| Probation Officer: | Samuel Rickaby | | Sworn? | Yes | No |
| Convicted on: | X | Plea | Verdict | As to: | X Information | Indictment |
| If Plea: | X | Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | X | Accepted | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 4/16/18 | | | PSR: | X Not Disputed | Disputed |
| PSR: | X | Court Adopts PSR Findings | | Evidentiary Hearing: | X Not Needed | Needed |
| Exceptions to PSR: | | | | | | |

## SENTENCE IMPOSED

Imprisonment (BOP): 37 months

| Supervised Release: | 3 years | Probation: | | X | 500-Hour Drug Program |
|---|---|---|---|---|---|
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for | months | days |
| X | Substance abuse testing | | Community service for | months | days |
| X | Substance abuse treatment program (waive confidentiality) | | Reside residential reentry center ____ months ____ days |
| | Mental health treatment program | | Register as sex offender |
| X | No alcohol/intoxicants | | Participate in sex offender treatment program |
| X | Submit to search of person/property | | Possess no sexual material |
| X | No contact with victim(s) and/or co-Deft(s) | | No computer with access to online services |
| | No entering, or loitering near, victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| X | No psychoactive substances | | No loitering within 100 feet of school yards |
| | OTHER: | | |

| Fine: $ | 0 | Restitution: $ | $1,592.97 to NM Crime Victim Reparation Commission, $2,448.72 to victim's sister.   No interest or penalties on restitution.  ($4,041.69)  Monthly after release from custody, to be determined after defendant is employed, minimum $50 a month. |
|---|---|---|---|
| SPA: $ | 100 | ($100 as to each Count) | Payment Schedule: | X Due Imm. | Waived |
| OTHER: | | | |

| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| | Held in Custody | X | Voluntary Surrender within 60 days to the USMS |

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

## SENTENCING MINUTE SHEET

| X | Recommended place(s) of incarceration: | FCI Safford, Arizona |
|---|---|---|
|   | Dismissed Counts: |  |

| OTHER COMMENTS | Court addresses defendant.   Victim's family members address Court.   Government counsel addresses Court.   Defense counsel addresses Court.   Defendant addresses Court.   Court addresses defendant and imposes sentence. |
|---|---|